## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLUMIDE OGUNLANA,** | : | CIVIL ACTION |
| *On behalf of himself and others similarly situated,* | : | |
| | : | |
| **Plaintiff,** | : | No. 19-1545 |
| | : | |
| **v.** | : | |
| | : | |
| **ATLANTIC DIAGNOSTIC LABORATORIES LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 31st day of March, 2020, upon consideration of the parties' "Consent Motion for Approval of the Settlement" (ECF No. 19), it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. Each Settlement Agreement (ECF Nos. 19-1 and 19-2) is approved as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act.

2. Plaintiffs' Counsel's attorneys' fees and costs in the total amount of $15,500 are granted and approved.

3. Plaintiffs' action is hereby dismissed with prejudice against Defendant in accordance with the terms of each settlement agreement. I hereby enter final judgment in this case, and, there being no reason to delay entry of this final judgment, the Clerk of the Court is ordered to enter this final judgment forthwith pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

4. Without affecting the finality of this final judgment in any way, the Court reserves exclusive and continuing jurisdiction over this action, Plaintiffs, and Defendant in order to

supervise the implementation and enforcement of the Settlement Agreements, this Order, and all settlement administration matters.

BY THE COURT:

_/s/ Mitchell S. Goldberg_
**MITCHELL S. GOLDBERG, J.**